# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRIAN G. WILLIAMS** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV-21-373-RAW-KEW |
| ) | |
| **SCOTT NUNN, Warden,** ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Stephens County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 3rd day of January, 2022.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE